136 A.3d 976

**Aaron BROWN, Petitioner**

v.

**Honorable S. WOODS–SKIPPER, President Judge, Philadelphia County, Respondent.**

**No. 39 EM 2016.**

Supreme Court of Pennsylvania.

May 12, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of May, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

414

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County and to strike the name of the jurist from the caption.